1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER MORALES CORTEZ, | Case No. ED CV 16-00901 JAK (AFM) |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| NEIL MCDOWELL, Warden, | |
| Respondent. | |

By Order Requiring Response to Petition filed May 10, 2016, within 14 days, respondent was ordered to file a Notice of Appearance, notifying the Court of the name of the attorney who will have principal charge of the case. Respondent also was ordered to file a Motion to Dismiss within 30 days or an Answer within 45 days. The docket sheet shows that, as late as the date of this Order, Respondent has not filed its Notice of Appearance or Motion to Dismiss or Answer. Respondent has failed to comply with the Court's order.

Accordingly, IT IS ORDERED that on or before **July 18, 2016**, respondent shall show cause in writing why he should not be sanctioned for his failure to comply with the Court's orders.

The filing of the Notice of Appearance and Motion to Dismiss or Answer before **July 18, 2016**, shall discharge the order to show cause.

DATED:  6/27/2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE