**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER MORALES CORTEZ, | Case No. ED CV 16-00901 JAK (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| NEIL McDOWELL, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 1, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE